CY Document 1-2 F

