



# COLORING BOOK
VOLUME ONE

## CREDITS

**Cover Design** - Emily Montoya, Caity Kennedy, Oliver Polzin, Nicholas Toll
**Inside Covers** - Emily Montoya

1. **Snaggy** - Emily Montoya
2-3. **Portals Bermuda** - Emily Montoya
4. **Carpet Zone/ Forest** - Oliver Polzin
5. **Carboniferous Forest** - Scott Geary
6. **Mushroom Forest** - Charlotte Thurman
7. **Hamster Diorama** - Lysander Cramer
8. **Ice Station** - Sandra Wang
9. **Cave Worms** - Tuscany Wenger
10-11. **Mastodon Caves** - Jaco Foster
12. **Lowlies** - Dale Bradley
13. **Desert Trailer** - Jaco Foster
14 – 15. **Pastore House** - Chadney Everett
16. **Beam Space** - Brandon Behning

17. **Busy Box** - Nicholas Toll
18. **Wiggy's Plasma Plex** - Benji Geary
19. **Coyote** - Don Kennell
20. **Space Sphere** - Dale Bradley
21. **Dryer Tunnel** - Wylla Skye
22. **Fancy Town** - Jaco Foster
23. **Coyote Kaleidoscope View**
   - Nicholas Chiarella
24. **Night Market** - Lysander Cramer
25. **Secret Garden** - Megan Roniger
26. **Cartoon Room** - Dylan Pommer
27. **Star Room** - Cole B. Wilson

**Art Direction** - Caity Kennedy
Wylla Skye
Emily Montoya

**Image Processing** - Olivia Brown
**Project Management** - Wylla Skye

Copyright © 2017, Meow Wolf. All rights reserved.
meowwolf.com
ISBN: 978-0-9991099-3-9
Printed in China