

VIDEOS    EVENTS    ATHLETES    PRODUCTS

SCREENLAND - S01 - E03

## Hacking Reality

Creators on the edge of art and technology are using virtual reality to merge the digital and physical worlds in astonishing ways. From portals, to psychedelic trips, to a George RR Martin-backed VR museum, these projects are hacking reality.

07:51 / 25:06

EXTRAS    SEASON 1    ABOUT THE SHOW



