
www.imdb.com/title/tt7984826/videoplayer/vi1384167961?ref_=tt_pv_vi_aiv_2
Related Videos
1 of 6
Meow Wolf: Origin Story (2018)
Meow Wolf: Origin Story (Official Trailer) (2:38)
In Theaters Nov. 29 - Get Tickets at https://meowwolf.com/doc
Meow Wolf: Origin Story (Officia Trailer)
Meow Wolf: Origin Story (2018)
2:38
Teaser Trailer
Meow Wolf: Origin Story (2018)
1:01
Be Natural: The Untold Story of Alice Guy-Blaché - official US
Be Natural: The Untold Story o...
2:26
Trailer
The World Before Your Feet (2...
2:30
The Long Shadow
The Long Shadow (2017)
1:47
Of Fathers and Sons
Of Fathers and Sons (2017)
2:11
02:02 / 02:37