

HOME    ARTICLES    NEWS    PODCASTS    TOP FIVE    VIDEOS    UPCOMING    ON VIEW    CLASSIFIEDS    SUBSCRIBE

# How Do You Solve a Problem Like Meow Wolf?

by Christina Rees Neil Fauerso   |   October 1, 2018



*Installation at Meow Wolf's House of Eternal Return*

Ed note: Meow Wolf is an artistic production company that bills itself as "Creating immersive art experiences that transport audiences to fantastic realms." Its first massive permanent installation in Santa Fe, New Mexico is titled *House of Eternal Return*. It is enormously popular. Glasstire's Christina Rees and Neil Fauerso visited *House of Eternal Return*, separately, during the summers of 2017 and 2018 (respectively). When discussing 'Meow Wolf' they are generally referring in short-hand to the Santa Fe experience, the production company, or both.





WE RECOMMEND

**Rising Tide Presents Nick Barbee**