# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LAUREN ADELE OLIVER,**

      Plaintiff,

  vs.                                                                                 Civ. No. 20-237 KK/SCY

**MEOW WOLF, INC.,** a Delaware
Corporation; **VINCE KADLUBEK,**
an individual and officer; and
**DOES 1-50,**

      Defendants.

## ORDER SETTING CASE MANAGEMENT DEADLINES AND DISCOVERY PARAMETERS

**THIS MATTER** came before the Court on a Rule 16 scheduling conference held on October 6, 2020. Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan, and after conferring with counsel, the Court will permit the following discovery:

a) Maximum of 25 Interrogatories by each party to any other party;

b) Maximum of 25 Requests for Admission by each party to any other party;

c) Maximum 50 Request for Production by each party to any other party;

d) Maximum of 10 Depositions per side limited to 7 hours each, and 5 Depositions per side limited to 3 hours each;

Service of interrogatories, requests for production, or requests for admission shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline.

The Court has set the following management deadlines:

a) Deadline for Plaintiff to move to add additional parties and to amend pleadings[1]:  November 20, 2020

b) Deadline for Defendants to move to add additional parties and to amend pleadings[1]:  November 30, 2020

c) Plaintiff's Rule 26(a)(2) expert disclosure[2]:  March 5, 2021

d) Defendants' Rule 26(a)(2) expert disclosure[2]:  April 2, 2021

e) Termination date for discovery:  April 30, 2021

f) Motions relating to non-expert discovery to be filed by:  June 1, 2021

g) Motions relating to expert discovery to be filed by:  June 14, 2021

h) Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by:  June 21, 2021

i) Pretrial Order:  Plaintiff to Defendants:  August 31, 2021
   Defendants to Court by:  September 15, 2021

Any extension of the case management deadlines must be approved by the Court. Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery.

*(signed)*
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**

---

[1] Federal Rule of Civil Procedure 16 requires that the Court set a deadline for amendment of pleadings and joinder of parties. A party seeking to amend the pleadings after the above dates must both demonstrate good cause to amend the scheduling order as required by Federal Rule of Civil Procedure 16(b) and satisfy the requirements for amendment under Federal Rule of Civil Procedure 15(a). *See, e.g.*, *Gorsuch Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1242 (10th Cir. 2014).

[2] Parties must disclose the names of all expert witnesses, including treating physicians, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2). The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.