**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LAUREN ADELE OLIVER,
an individual,

   Plaintiff,

v.             Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

   Defendants.

**STIPULATED NOTICE EXTENDING DEFENDANT**
**MEOW WOLF. INC.'S DEADLINE TO RESPOND TO**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY, REQUEST FOR JUDICIAL**
**NOTICE, AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

   Pursuant to Rule 7.4(a) of the United States District Court, District of New Mexico Local

Rules of Civil Procedure, Defendant Meow Wolf, Inc., by and through its undersigned counsel,

hereby gives notice of an agreed extension of seven (7) days to respond to Plaintiff's Motion to

Compel Discovery from Defendant Meow Wolf, Inc. [D.E. 72], Plaintiff's Request for Judicial

Notice [D.E. 75], and Plaintiff's Motion for Leave to File First Amended Complaint [D.E. 77]

(collectively, the "Motions"), which were filed on February 22, 2021. Meow Wolf, Inc. shall have

up to and including March 15, 2021 to file its responses to the Motions.

Dated: March 5, 2021

Respectfully submitted,

BARDACKE ALLISON LLP

*/s/ Benjamin Allison*
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 East Palace Avenue
Santa Fe, New Mexico 87504-1808
(505) 995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Counsel for Defendants Meow Wolf, Inc.*
*and Vince Kadlubeck*

Approved by:

ERICKSEN ARBUTHNOT

By:   */s/ Jesse A. Boyd*
        JESSE A. BOYD
        ANDREW J. CHAN
        2300 Clayton Road, Suite 350
        Concord, California 94520
        (510) 832-7770
        (510) 832-0102 facsimile
        jboyd@ericksenarbuthnot.com
        achan@ericksenarbuthnot.com

        *Counsel for Plaintiff Lauren Adele Oliver*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2021, a true and correct copy of the foregoing document was served via CM/ECF on all interested parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

*/s/ Benjamin Allison*
Benjamin Allison