IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LAUREN ADELE OLIVER,**
an individual,

    Plaintiff,

vs.                                                                         Case No. 1:20-CV-00237-KK-SCY

**MEOW WOLF, INC.,** a Delaware
corporation; **VINCE KADLUBEK,**
an individual and officer; and
**DOES 1-50,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I caused a true copy of the following document(s) to be served in this action upon the person(s) set forth below, by the method indicated.

**DOCUMENT(S) SERVED:**         **PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURES**

**PERSON(S) SERVED:**         *Counsel for Meow Wolf Inc. and Vince Kadlubek*
Benjamin Allison
Breanna Contreras
Victor Grafe III
141 E. Palace Avenue, 2nd Floor
Santa Fe, NM 87501
(505) 995-800
(505) 672-7037 (f)
ben@bardackeallison.com
breanna@bardackeallison.com
victor@bardackeallison.com

**XX (BY MAIL – postmarked March 6, 2021)** I caused an envelope addressed to the above person(s) and containing the documents listed above, with postage thereon fully prepaid, to be placed in the United States Mail in Concord, California.

**XX (BY ELECTRONIC MAIL)** I caused said document(s) to be electronically mailed to the person(s) named above at the electronic mail address(es) stated.

      Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2020.

                                               /s/  *Jesse A. Boyd*
                                         JESSE A. BOYD
                                         2300 Clayton Road, Suite 350
                                         Concord, CA 94520
                                         (510) 832-7770
                                         (510) 832-0102 facsimile
                                         jboyd@ericksenarbuthnot
                                         New Mexico Bar No. 17807
                                         *Attorney for Plaintiff Lauren Adele Oliver*