IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

        Plaintiff,

v.                                                Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
Corporation; VINCE KADLUBEK,
An individual and officer; and
DOES 1-50,

        Defendants.

### ORDER EXTENDING DISCOVERY DEADLINES

THIS MATTER having come before the Court upon the Parties' Motion to Extend Discovery Deadlines (Doc. 85), and the Court having considered the Motion and being otherwise fully advised in the premises, and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that (1) termination date for written discovery shall be extended to May 7, 2021; (2) Defendants' Rule 26(a)(2) expert disclosures shall be due April 16, 2021; and (3) Expert depositions may be taken up to and including May 30, 2021.

Dated: March 25, 2021

                                                              Honorable Steven C. Yarbrough
                                                               United States Magistrate Judge

Respectfully submitted,

BARDACKE ALLISON LLP

 */s/ Breanna Contreras*
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 East Palace Avenue
Santa Fe, New Mexico 87504-1808
(505) 995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Defendants Meow Wolf, Inc. and Vince Kadlubeck*

Approved by:

ERICKSEN ARBUTHNOT

By:   */s/ Jesse A. Boyd*
(*approved via email 3/25/21*)
JESSE A. BOYD
ANDREW J. CHAN
2300 Clayton Road, Suite 350
Concord, California 94520
(510) 832-7770
(510) 832-0102 facsimile
jboyd@ericksenarbuthnot.com
achan@ericksenarbuthnot.com

*Counsel for Plaintiff Lauren Adele Oliver*