**From:** Vince Kadlubek <vince@meowwolf.com>
**Subject:** Re: big day at MW
**Sent:** Wed, 22 Apr 2015 08:30:16 -0600
**Cc:** Vince Kadlubek <vince@meowwolf.com>
**To:** Oliver/Quellette <quellette@gmail.com>

Come down! Hang out, work. I will be in ABQ but would love to talk narrative soon!

On Apr 22, 2015, at 7:49 AM, "Oliver/Quellette" <quellette@gmail.com> wrote:

> Good morning. Corvas suggested we talk about the narrative and how my parallel universe might relate back to yours.
>
> Also, I'm not sure I actually have a contract yet -- I thought you sent, and I can't find it.
>
> What's the vibe on coming down this morning?
>
> LO|Q
>
> The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged.  If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.