# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

*Oliver v. Meow Wolf, Inc.*
20cv237 KK/SCY

Thursday, April 29, 2021 at 9:30 a.m.

**PLAINTIFF'S ATTORNEY PRESENT:**     Jesse Boyd
                                      Josh Ewuing
                                      Matthew Swamlin

**DEFENDANTS' ATTORNEYS PRESENT:**    Benjamin Allison
                                      Breanna Contreras
                                      Brian Clark

**TYPE OF PROCEEDING:** Telephonic Status Conference
                        Total Time – 30 minutes

**CLERK'S MINUTES:**

- The purpose of this status conference is to discuss the upcoming settlement conference. The Court is not on the record.
- The Court asks if the parties want to proceed to the settlement conference on 5/11/21 given the pending motions. Mr. Allison responds and is hesitant to go forward with the settlement conference at this time. He notes that the defense plans to file a motion for spoliation. Mr. Boyd agrees that, given the status of discovery, it would be best to postpone the settlement conference at this time until the parties have completed more discovery.
- The Court will vacate the upcoming settlement conference given the pending motions and the parties' current positions. The parties can reach out to chambers if/when they are ready to reset it. Otherwise, once the discovery motions are resolved and discovery is coming to a close, the Court will set status conference to discuss resetting the settlement conference.
- Mr. Allison addresses the status of discovery. Mr. Boyd responds.
- The Court concludes the conference.