IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

vs.      Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

## STIPULATED ORDER GRANTING
## MOTION TO EXTEND MOTION TO COMPEL DEADLINE

THIS MATTER having come before the Court on Defendants Meow Wolf, Inc. and Vince Kadlubeck (collectively, "Defendants") Unopposed Motion to Extend Motion to Compel Deadline ("Motion"). [D.E. 124]. This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that the parties shall have until May 26, 2021 to file any motions to compel regarding (1) Plaintiff's Objections and Responses to Defendant Meow Wolf, Inc.'s First Set of Interrogatories to Plaintiff Lauren Oliver, and (2) Plaintiff's Objections and Responses to Defendant Meow Wolf's First Set of Requests for Production of Documents or Things to Plaintiff Lauren Oliver.

Dated: May 13, 2021

_____
Honorable Steven C. Yarbrough
United States Magistrate Judge

Respectfully submitted,

BARDACKE ALLISON LLP

 */s/ Breanna Contreras*
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 East Palace Avenue
Santa Fe, New Mexico 87504-1808
(505) 995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Defendants Meow Wolf, Inc. and Vince Kadlubeck*

Approved by:

ERICKSEN ARBUTHNOT

By:   */s/ Jesse A. Boyd*
          *(approved via email 5/13/21)*
          JESSE A. BOYD
          ANDREW J. CHAN
          2300 Clayton Road, Suite 350
          Concord, California 94520
          (510) 832-7770
          (510) 832-0102 facsimile
          jboyd@ericksenarbuthnot.com
          achan@ericksenarbuthnot.com

          *Attorneys for Plaintiff Lauren Adele Oliver*