IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

vs.                                            Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

**STIPULATED ORDER GRANTING
MOTION TO EXTEND REPLY DEADLINES**

THIS MATTER having come before the Court on the Joint Motion to Extend Reply Deadlines ("Motion"). [D.E. 129]. This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that the parties shall have until May 21, 2021 to file any replies regarding (1) Plaintiff's Response to Motion for Protective Order, and (2) Defendants Meow Wolf, Inc. and Vince Kadlubek's Response To Plaintiff Lauren Oliver's Motion To Extend Rule 16(B) Scheduling Order Deadlines.

_____
Honorable Steven C. Yarbrough
United States Magistrate Judge

Respectfully submitted,

BARDACKE ALLISON LLP

                 /s/ Breanna Contreras
                 Benjamin Allison
                 Breanna Contreras
                 P.O. Box 1808
                 141 East Palace Avenue
                 Santa Fe, New Mexico 87504-1808
                 (505) 995-8000
                 ben@bardackeallison.com
                 breanna@bardackeallison.com

                 *Attorneys for Defendants Meow Wolf, Inc. and Vince Kadlubeck*

Approved by:

ERICKSEN ARBUTHNOT

By:    /s/ Jesse A. Boyd
       *(approved via email 5/19/21)*
       JESSE A. BOYD
       ANDREW J. CHAN
       2300 Clayton Road, Suite 350
       Concord, California 94520
       (510) 832-7770
       (510) 832-0102 facsimile
       jboyd@ericksenarbuthnot.com
       achan@ericksenarbuthnot.com

       *Attorneys for Plaintiff Lauren Adele Oliver*