IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

v.                                                                                              Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

## STIPULATION TO HOLD PLAINTIFF'S MOTION TO COMPEL IN ABEYANCE

The parties, through undersigned counsel, hereby stipulate that Plaintiff's Motion to Compel (ECF 122) shall be held in abeyance while the parties jointly work to resolve the matter. Should an impasse develop, Plaintiff will file a Notice that this stipulation has expired, and Defendants' deadline to respond to the motion to compel shall be seven (7) days from the date of that Notice.

                                                  Respectfully submitted,

                                                  FREEDMAN BOYD HOLLANDER
                                                  GOLDBERG URIAS & WARD PA

                                                  By: /s/ Josh B. Ewing
                                                        Josh B. Ewing
                                                        20 First Plaza, Suite 700
                                                        Albuquerque, NM 87102
                                                        (505) 842-9960
                                                        jbe@fbdlaw.com

                                                  Attorneys for Plaintiff Lauren Adele Oliver

Approved by:

BARDACKE ALLISON LLP

 */s/ Breanna Contreras*
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 East Palace Avenue
Santa Fe, New Mexico 87504-1808
(505) 995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Defendants Meow Wolf, Inc.
and Vince Kadlubeck*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of May, 2021, a true and correct copy of the foregoing document was served via CM/ECF on all interested parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                              */s/ Josh B. Ewing*  
                                              Josh B. Ewing