Opinion (https://news.artnet.com/opinion)

# The 100 Works of Art That Defined the Decade, Ranked: Part 4

In the final installment of this four-part series, our critic reveals his picks—number 25 through number 1—of the key artworks of the 2010s.

Ben Davis (https://news.artnet.com/about/ben-davis-93), January 1, 2020



Arthur Jafa's *Love is the Message, The Message is Death* (2016). Courtesy of the artist and Gavin Brown's Enterprise, New York City, Rome.

*This is the fourth part of a series looking at the art of the 2010s. The first three parts are here (https://news.artnet.com/art-world/100-works-that-defined-the-decade-part-1-1729962), here (https://news.artnet.com/art-world/100-works-that-defined-the-decade-ranked-part-2-1738773), and here*


(https://news.artnet.com/art-world/the-100-works-of-art-that-defined-the-decade-ranked-part-3-1738743).

**25.**
**Meow Wolf,** ***The House of Eternal Return*** **(2014–ongoing)**



A mysterious beast sighted in Meow Wolf's *The House of Eternal Return*. Image: Ben Davis.

Partially funded by George R.R. Martin (who now serves as its "chief world builder (https://www.abqjournal.com/1323161/meow-wolf-george-r-r-martin-form-another-alliance.html?utm_source=newsletter&utm_medium=email&utm_campaign=most-read-stories-for-date-l&utm_source=Albuquerque+Journal+Newsletters&utm_campaign=f6c4480a59-EMAIL_CAMPAIGN_2019_06_03_09_03&utm_medium=email&utm_term=0_2dcf4c82cd-f6c4480a59-108736773)"), the art collective Meow Wolf's installation environment/fun house (https://news.artnet.com/art-world/george-r-r-martin-backed-art-collective-556880) in Santa Fe, complete with secret passages and a labyrinthine back story, has quickly exploded into something that has slipped out of the category of art and into a whole other new thing. In the brief years since the debut of the *House of Eternal Return*, the "Meow Wolf Model" has quickly spread, with the group opening massive, multi-million-dollar environments (https://news.artnet.com/art-world/meow-wolf-raises-158-million-1550203) in other cities.

## 24.
## Awol Erizku, Beyoncé maternity portrait (2017)



Awol Erizku's Beyoncé pregnancy announcement photograph. Photo via Instagram.

Erizku himself is loathe (https://www.vanityfair.com/style/2017/04/awol-erizku-trump-inspired-london-show-beyonce) to talk (https://www.rollingstone.com/culture/culture-features/artist-behind-beyonces-pregnancy-reveal-talks-about-his-next-moves-and-hers-110069/) about his flower-bedecked portrait with Beyoncé, which was posted to her Instagram (https://www.instagram.com/p/BP-rXUGBPJa/?hl=en) as the occasion for her to reveal that she and her husband had been "blessed two times" with twins. But with 11 million likes, it is one of the most viral individual artworks of all time, and definitely augured a new kind of symbiosis between celebrity, social media, and art.

## 23.
## Banksy, *Love Is In the Bin* (2018)



Sotheby's employees view *Love is in the Bin* by Banksy. Photo by Jack Taylor/Getty Images.

I don't blame you if you are sick of Banksy. But, you know, the street artist's [self-destructing work of art (https://news.artnet.com/market/viral-shredding-performance-banksy-market-performance-art-1367125)](https://news.artnet.com/market/viral-shredding-performance-banksy-market-performance-art-1367125), which surprised everyone by shredding itself via a trick frame at the climax of a Sotheby's sale, is just outright hilarious and unexpected. Nothing like it had ever happened before and nothing like it will happen again.

## 22.
## Wu Tsang, *Wildness* (2012)



A real [touchstone work (https://www.vdrome.org/wu-tsang-wildness)](https://www.vdrome.org/wu-tsang-wildness) about artists' search for community, queer solidarity, class, immigration, and a lot more, focusing on Silver Platter, an LGBT LA bar—which becomes a literal character in the film, with a voiceover ventriloquizing its thoughts—and the events that ensue when Tsang and a group of young, queer artists of color organize a performance party, the titular "Wildness," in the space.

## 21.
## Sheila Hicks, *Escalade Beyond Chromatic Lands* (2016–17)