JOIN TEA    CONTACT US    MEMBER LOGIN    Select Language ▼

HOME | ABOUT US | DIVISIONS | EVENTS & EDUCATION | NEWS | BLOGS | MEMBERS | NEXTGEN | THEA AWARDS

- THEA AWARDS
- THEA AWARDS
- ABOUT THE THEA AWARDS
- THEA AWARDS RECIPIENTS
- THEA AWARDS PROGRAM
- THEA COMMITTEE
- NOMINATE A PROJECT
- THEA AWARDS GALA
- PROMOTING YOUR THEA AWARD
- PURCHASE A THEA TROPHY

THEA AWARDS RECIPIENTS

# Thea Awards 2017

### THEA AWARD FOR OUTSTANDING ACHIEVEMENT - CONNECTED IMMERSION ON A LIMITED BUDGET

## Meow Wolf House of Eternal Return, Santa Fe, NM USA

A combination of jungle gym, haunted house, children's museum and immersive art exhibit, House of Eternal Return fuses art, 21st century technology and themed entertainment. With this unique, connected immersion experience the Meow Wolf Art collective has reinvented location-based attractions through non-linear storytelling, technology-infused interactivity and a multimedia hands-on art exhibition.



The non-linear structure allows the audience to build their own stories and transports them through art and mystery, for an emotionally resonant experience that is innovative, immersive, quirky and imaginative. Fun house meets art house, and becomes an Alice-in-Wonderland type community hit.

It doesn't hurt that one of the experience's major patrons is a master storyteller himself – George R.R. Martin. The premise is simple enough: Explore a Victorian house to discover what happened to its former owners. However, like Alice's rabbit hole, portals exist within the house that - when crossed - transport audiences into fantastic realms where the nature of time and space has dissolved.

The aesthetic is varied, fueled by the passion of various artists having brought their own interpretations to the theme, creating pocket universes of interactivity and media. Step into the living room and you discover the fireplace is a portal to a cavern of glowing crystals. Step through the kitchen's refrigerator into a secret passageway of fantastical dimensions. Each visitor chooses their own path, sets their own pace and creates their own story.

Visitors have been known to lose themselves for hours within the 20,000-square-foot space, gathering clues, solving puzzles and accessing new paths to discover. Like any good art exhibition, this one provides a framework for personal interpretation of the theme: What is REAL and what is NOT REAL in an increasingly 'virtual' age.

Find out more about TEA member *Meow Wolf*

### TEA EVENTS

**24 March 2020**

TEA Talks Live: Museum Series - Event Postponed

*Orlando Science Center, Orlando, United States*

More details and book now ▸

**26 March 2020**

TEA NextGen GibGab East 2020 - Event Postponed

*AOA Main Office, Winter Park, United States*

More details and book now ▸

**26 March 2020**

TEA Western Division: Mixer @ HERE Summit & Festival - Event Canceled

*El Cholo Caffe, Pasadena, United States*

More details and book now ▸

**02 April 2020**

**TEA Behind The Scenes at the Grand Ole Opry - Event Postponed**

*The Grand Ole Opry, Nashville, United States*

More details and book now ▸

**05-07 May 2020**

**TEA SATE Europe 2020 - PortAventura - Spain**

*PortAventura World, Spain*

More details and book now ▸

**09-10 July 2020**

**TEA Summit 2020**

*Disneyland Hotel, Magic Kingdom Ballroom, Anaheim, United States*

More details and book now ▸

**11 July 2020**

**26th Annual TEA Thea Awards Gala**

*Disneyland Hotel, Grand Ballroom, Anaheim, United States*

More details and book now ▸

View all events ▸

---

**ABOUT US**
Executive Committee
Staff
Committees
Past Presidents
International Board

**TEA DIVISIONS**
Asia Pacific
Eastern North America
Western North America
Europe & Middle East

**EVENTS & EDUCATION**
SATE
Divisional Events
NextGen Events
All events

**NEWS**
Industry news
Member news
TEA News

**BLOG**
Thea Awards & Summit Blog
TEA Blog
SATE Blog

**MEMBERS**
Join TEA
Member Benefits
Membership categories
Member Directory
Member Login
Sponsorship Opportunities
Job Board
Photo gallery
How to Get Involved

**NEXTGEN**
NextGen Benefits

**THEA AWARDS**
About the Thea Awards
Past Awards
Submit a project
Thea Committee

**RESOURCES**
Theme Index
Publications
Thea Awards Program
TEA Bylaws
Archive TEA Directories
Podcasts
TEA Code of Conduct
TEA Event Guidelines

**PRESS**
Press Releases

**PARTNERS & SPONSORS**
Global Partners
Global Sponsors
Corporate Sponsors
Media Partners

**TEA FOUNDATION**
CONTACT US
JOIN TEA
MEMBER LOGIN
TEA CONNECT
ADVERTISE

© TEA 2020   TEA is a 501C 6 Non-Profit Membership Organization. Tax ID# 95-4353789

Website design and development by  Leisure Media Studio