

Case 1:21-cv-00237-KK-SCY Document 35-4 Filed 06/01/22 Page 1 of 1


VIDEOS  EVENTS  ATHLETES  PRODUCTS


EENLAND - S01 - E03

cking Reality

ators on the edge of art and technology are using virtual reality to merge the digital and physical worlds in onishing ways. From portals, to psychedelic trips, to a George RR Martin-backed VR museum, these projects are king reality.

07:51 / 25:06

EXTRAS    SEASON 1    ABOUT THE SHOW