IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

    Plaintiff,

v.                                      Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
Corporation; VINCE KADLUBEK,
An individual and officer; and
DOES 1-50,

    Defendants.

## ENTRY OF APPEARANCE

    Josh B. Ewing (Freedman Boyd Hollander Goldberg Urias & Ward, P.A.) hereby enters his appearance as co-counsel on behalf of Plaintiff Lauren Adele Oliver.

                                        Respectfully Submitted,

                                        FREEDMAN BOYD HOLLANDER
                                        GOLDBERG URIAS & WARD PA

                                        */s/ Josh Ewing                     .*
                                        VINCENT J. WARD
                                        JOSH B. EWING
                                        20 First Plaza, Ste. 700
                                        Albuquerque, NM 87102
                                        (505) 842-9960
                                        (505) 842-0761 facsimile
                                        vjw@fbdlaw.com
                                        jbe@fbdlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2021, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

                                               _/s/Josh B. Ewing_
                                               Josh B. Ewing