# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

v.                          Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

## JOINT STIPULATION REGARDING VISUAL ARTISTS RIGHTS ACT

The parties, through undersigned counsel, hereby stipulate as follows:

1. Defendant Meow Wolf provided a 90-day notice to Plaintiff Lauren Oliver under 17 USC §113(d)(2), but the parties dispute whether the artwork can be removed "without destruction, distortion, mutilation, or other modification of the work as described in section 106A(a)(3)."

2. The parties expect the issue of whether or not the artwork can be removed without destruction, distortion, mutilation, or other modification as described in section 106A(a)(3) to be decided at trial.

3. Defendant Meow Wolf agrees not to remove the artwork until after final resolution of this litigation, including appeals.

4. If Plaintiff Lauren Oliver fails to prove that removal of the artwork will destroy, distort, mutilate, or modify the artwork as described in section 106A(a)(3), Plaintiff shall have thirty (30) days after final appeal, or the time for final appeal has expired, to remove the artwork

at Plaintiff's own expense and with reasonable notice to and scheduling coordination with Meow Wolf.

5. Aside from the terms outlined above, both parties reserve all rights, claims and defenses.

Respectfully submitted,

ERICKSEN ARBUTHNOT

/s/ Jesse A. Boyd
JESSE A. BOYD
2300 Clayton Road, Suite 350
Concord, CA 94520
(510) 832-7770
(510) 832-0102 facsimile
jboyd@ericksenarbuthnot.com
New Mexico Bar No. 17807

*Attorney for Plaintiff Lauren Adele Oliver*

Approved by:

BARDACKE ALLISON LLP

/s/ Benjamin Allison
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 East Palace Avenue
Santa Fe, New Mexico 87504-1808
(505) 995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Defendants Meow Wolf, Inc.
and Vince Kadlubek*

## CERTIFICATE OF SERVICE

I CERTIFY that on June 8, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel of record to be served by electronic means:

BARDACKE ALLISON LLP
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 East Palace Avenue
Santa Fe, New Mexico 87504-1808
(505) 995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Defendants Meow Wolf, Inc.
and Vince Kadlubek*

　　　　　　　　　　　　　　　　　　　　　*/s/ Jesse A. Boyd*
　　　　　　　　　　　　　　　　　　　　　Jesse A. Boyd