IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

vs.                                            Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

## ORDER GRANTING
## JOINT MOTION TO EXTEND DEADLINES

THIS MATTER having come before the Court on the Joint Motion to Extend Deadlines ("Motion"). Doc. 156. This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that the parties shall have until June 18, 2021 to file any motions to compel regarding (1) Plaintiff's April 22, 2021 responses to Meow Wolf, Inc.'s discovery requests, and (2) Defendants Meow Wolf, Inc. and Vince Kadlubek's May 6, 2021 Responses to Plaintiff Lauren Oliver's discovery requests.

Dated: June 9, 2021

                                                        Honorable Steven C. Yarbrough
                                                        United States Magistrate Judge

Respectfully submitted,

ERICKSEN ARBUTHNOT

 /s/ Jesse A. Boyd
Jesse A. Boyd
Ericksen Arbuthnot
2300 Clayton Road, Suite 350
Concord, CA 94520
jboyd@ericksenarbuthnot.com

*Attorneys for Plaintiff Lauren Adele Oliver*

Approved by:

BARDACKE ALLISON LLP
 */s/ Breanna Contreras*
*(approved via email 6/8/21)*
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 East Palace Avenue
Santa Fe, New Mexico 87504-1808
(505) 995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Defendants Meow Wolf, Inc.
and Vince Kadlubeck*