IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

    Plaintiff,

v.                                                                             Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
Corporation; VINCE KADLUBEK,
An individual and officer; and
DOES 1-50,

    Defendants.

### ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT

THIS MATTER having come before the Court upon the parties Joint Motion to Extend Deadline to File Joint Status Report. Doc. 160. This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that the new deadline for the parties to file their Joint Status Report is June 18, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

ERICKSEN ARBUTHNOT

By:    */s/ Jesse A. Boyd*
      JESSE A. BOYD
      2300 Clayton Road, Suite 350
      Concord, CA 94520
      (510) 832-7770
      (510) 832-0102 facsimile
      jboyd@ericksenarbuthnot.com


FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD PA

*/s/ Josh Ewing*     .
VINCENT J. WARD
JOSH B. EWING
20 First Plaza, Ste. 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 facsimile
vjw@fbdlaw.com
jbe@fbdlaw.com

*Attorneys for Plaintiff Lauren Adele Oliver*


Approved by

BARDACKE ALLISON LLP

By:  Benjamin Allison 6/11/2021
Benjamin Allison
Breanna Contreras
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM 87504-1808
505-995-8000
ben@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Defendants Meow Wolf, Inc.
and Vince Kadlubek*