IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

      Plaintiff,

v.                                                    Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
Corporation; VINCE KADLUBEK,
An individual and officer; and
DOES 1-50,

      Defendants.

## ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT

THIS MATTER having come before the Court upon the parties Joint Motion to Extend Deadline to File Joint Status Report. Doc. 172. This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

IT IS HEREBY ORDERED that the new deadline for the parties to file their Joint Status Report is June 22, 2021.

Dated: June 21, 2021

                                                Honorable Steven C. Yarbrough
                                                United States Magistrate Judge

        Respectfully submitted,

        BARDACKE ALLISON LLP

        */s/ Breanna Contreras*
        Benjamin Allison
        Breanna Contreras
        P.O. Box 1808
        141 East Palace Avenue
        Santa Fe, New Mexico 87504-1808
        (505) 995-8000
        ben@bardackeallison.com
        breanna@bardackeallison.com

        *Attorneys for Defendants Meow Wolf, Inc.*
        *and Vince Kadlubeck*

Approved by:

ERICKSEN ARBUTHNOT

By:   */s/ Jesse A. Boyd*
      *(approved via email 6/18/21)*
      JESSE A. BOYD
      ANDREW J. CHAN
      2300 Clayton Road, Suite 350
      Concord, California 94520
      (510) 832-7770
      (510) 832-0102 facsimile
      jboyd@ericksenarbuthnot.com
      achan@ericksenarbuthnot.com

      *Attorneys for Plaintiff Lauren Adele Oliver*