IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

    **Plaintiff,**

vs.    Civ. No. 20-237 KK/SCY

MEOW WOLF, INC., a Delaware
Corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    **Defendants.**

## ORDER GRANTING PAGE EXTENSION

This matter comes before the Court on Plaintiff's Motion for Extension of Page Limits on Plaintiff's Response to Defendants' Motion for Sanctions. Doc. 165. Plaintiff seeks an extra ten pages (34 total pages) for her response to Defendants' motion for sanctions. The Court grants Plaintiff's motion.

The Court notes, however, that Plaintiff (having already received a ten-day extension of time to file her brief) waited until 8:37 pm the day her response was due to request the page extension. Furthermore, Plaintiff also did not seek opposing counsel's position on her page-extension motion until after business hours the same night. Consequently, Plaintiff was unable to obtain opposing counsel's position before filing the motion. This resulted in Plaintiff adding ten pages to her brief over Defendants' opposition and before the Court had the opportunity to rule on the opposed motion. Although the Court could strike the additional pages Plaintiff filed, such action would not completely unring the bell. To avoid these issues, Plaintiff is cautioned to exercise more diligence when requesting future extensions.

That striking the excess pages cannot completely unring the bell might explain why Defendants devoted the majority of their response to telling their side of the discovery story (Doc. 187 at 1-8) rather than focusing on why the Court should deny the page extension request (as Defendants did on pages 8-9). Whatever the reason, the Court will not consider this piecemeal briefing when addressing the merits of the motion for sanctions. Because the Court is granting Plaintiff's request for a page extension, Defendants may refile their reply to the motion for sanctions (currently filed as Doc. 188), with a page extension, to add their merits briefing currently in the response to motion for page extension (Doc. 187 at 1-8) to their reply. If they so choose, Defendants should file their updated reply within 7 days of the entry of this order and the Court will strike their previous reply. This is not an invitation for Defendants to add additional arguments to their reply; only to add those arguments listed in pages 1-8 of their page extension brief (Doc. 187) to their reply to the motion for sanctions.

    **IT IS SO ORDERED.**

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**
