IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

v.                                Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

## ORDER REGARDING DISCOVERY

This matter is before the Court following its informal discovery conference held on October 8, 2021. *See* Doc. 222 (clerk's minutes). The Court orders as follows:

- The forensic analysis expert shall complete his work within two weeks of receiving the devices. If, however, after receiving the devices, the expert discovers something usual, the parties may request a status conference to discuss a further extension. Such a request should be made within five days after the expert receives the devices; and

- Plaintiff's October 11, 2021 deadline to file motions to compel is extended to October 25, 2021.

                                                                                            _____
                                                                                           Honorable Steven C. Yarbrough
                                                                                           United States Magistrate Judge