**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LAUREN ADELE OLIVER,
an individual,

      Plaintiff,

vs.                                 Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

      Defendants.

**ORDER EXTENDING CASE MANAGEMENT DEADLINES**

      This matter is before the Court following the status conference held November 10, 2021.

The Court extends the deadlines as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Remaining Limited Expert Disclosure | November 1, 2021 | January 14, 2022 |
| Rebuttal Expert Disclosure | December 1, 2021 | February 18, 2022 |
| Discovery deadline (for fact and expert discovery) | December 15, 2021 | March 29, 2022 |
| Pretrial motion deadline | January 13, 2022 | April 29, 2022 |
| Plaintiff's Pretrial Order | April 14, 2022 | To be set by presiding judge |
| Defendants' Pretrial Order | April 29, 2022 | To be set by presiding judge |

Honorable Steven C. Yarbrough
United States Magistrate Judge