IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

    Plaintiff,

v.                                                            Civ. No. 20-237 KK/SCY

MEOW WOLF, INC. *et al.*,

    Defendants.

### ORDER GRANTING MOTION FOR SUPPLEMENTAL BRIEFING

THIS MATTER is before the Court on Defendants' Request for Supplemental Briefing on Defendants' Motion for Referral of Registration Questions Under 17 U.S.C. § 411(b)(2) to the Register of Copyrights (Doc. 317) ("Motion for Supplemental Briefing"), filed February 25, 2022. The Court, having reviewed the motion, the record, and the relevant law, and being otherwise sufficiently advised, FINDS that the Motion for Supplemental Briefing is well-taken and it is hereby GRANTED.

IT IS THEREFORE ORDERED as follows:

1. Defendant Meow Wolf, Inc. may file a supplemental brief in support of its Motion for Referral of Registration Questions Under 17 U.S.C. § 411(b)(2) to the Register of Copyrights (Doc. 236) ("Motion for Referral"). Defendant's supplemental brief must be: (a) no more than five (5) pages in length; (b) limited to addressing the impact of *Unicolors, Inc. v. H&M Hennes & Mauritz, L.P.*, — U.S. —, 2022 WL 547681 (Feb. 24, 2022), on the Motion for Referral; and, (c) filed on or before **Wednesday, March 16, 2022**; and,

2. Plaintiff may file a supplemental brief in response to Defendant's supplemental brief, which must be: (a) no more than five (5) pages in length; (b) limited to addressing the arguments

in Defendant's supplemental brief and/or the impact of *Unicolors, Inc.*, 2022 WL 547681, on the Motion for Referral; and, (c) filed within **fourteen (14) days** after the filing of Defendant's supplemental brief.

    IT IS SO ORDERED.

 

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent