CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:10 PM MDT
**To:**
**Subject:** Meow Terms

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $500 allocated for your personal stipend to complete the project(s). In addition, we want to offer you $3000 of revenue share stipend, which we can go over in more depth when we meet.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**

MW_033632

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:20 PM MDT
**To:**
**Subject:** Meow Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $4000 allocated for your stipend to complete the project(s).  You will be paid $500 twice a month from May until September, for a total of $4000.  In addition, we want to offer you $5,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                      or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!

**EXHIBIT C**
**MW_033636**

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:15 PM MDT
**To:**
**Subject:** Meow Contract

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your projects are to be completed by September 1st. We have $2500 allocated for your stipend to complete this project.  You will be paid $250 biweekly from April until September, over 10 pay periods, for a total of $2500.   In addition, we will purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                     or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

Vince

**EXHIBIT C**

**MW_033722**

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:23 PM MDT
**To:**
**Subject:** Meow Contract

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your projects are to be completed by September 1st. We have $1800 allocated for your stipend to complete this project. You will be paid $200 biweekly in June, and 4 payments of $350 between July and September, for a total of $1800.  In addition, we will purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                    or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

**EXHIBIT C**
MW_033723

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:01 PM MDT
**To:**
**Subject:** Meow Terms

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $3000 allocated for your personal stipend to complete the project(s).  You will be paid $750 twice a month from July until September, for a total of $3000.  In addition, we want to offer you $7,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**

MW_033639

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:11 PM MDT
**To:**
**Subject:** Meow Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $2500 allocated for your personal stipend to complete the project(s). In addition, we want to offer you $10,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone            or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**
MW_033633

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:08 PM MDT
**To:** ███████████████████
**Subject:** Meow Contract

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project is to be completed by September 1st. We have $300 allocated for your stipend to complete this project.  You will be paid $150 biweekly in July, for a total of $300 .

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone ███████████ or in person as well.

Thanks! Excited to work with you!

Vince

**EXHIBIT C**

MW_033724

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:35 PM MDT
**To:**
**Subject:** Meow Contract

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $2000 allocated for your stipend to complete the project(s).  You will be paid $500 twice a month from July until September, for a total of $2000.  In addition, we want to offer you $18,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone            or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

**EXHIBIT C**
MW_033720

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:27 PM MDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Meow Contract

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your projects are to be completed by September 1st. We have $1600 allocated for your stipend to complete this project. You will be paid $800 twice a month in July. In addition, we want to offer you $5000 of revenue share stipend, which we can go over in more depth when we chat next.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone ▮▮▮▮▮▮▮▮ or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

**EXHIBIT C**

MW_033721

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 12:45 PM MDT
**To:**
**Subject:** Meow Wolf Contract Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $1600 allocated for your personal stipend to complete the project(s). You will be paid $400 twice a month from July until September, for a total of $1600. In addition, we want to offer you $7,500 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone ▮▮▮▮▮▮▮▮ or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!


vince

**EXHIBIT C**

MW_036713

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:03 PM MDT
**To:**
**Subject:** Meow Terms

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $2100 allocated for your personal stipend to complete the project(s). You will be paid variant amounts between May and September. In addition, we want to offer you $7,500 of revenue share stipend. We can go over both the payment schedule and this revenue share in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone               or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**

MW_033641

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 12:46 PM MDT
**To:** ▮
**Subject:** Meow Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $1200 allocated for your personal stipend to complete the project(s). You will be paid $300 twice a month from July until September, for a total of $1200. In addition, we want to offer you $7,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone ▮ or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**

MW_033640

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:26 PM MDT
**To:**
**Subject:** Meow Contract

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your projects are to be completed by September 1st. We have $3200 allocated for your stipend to complete this project.  You will be paid $300 twice a month from May until July, and $500 twice a month from July to September, for a total of $3200.  In addition, we want to offer you $5000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                    or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

**EXHIBIT C**
MW_033716

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 12:53 PM MDT
**To:**
**Subject:** Meow Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $2000 allocated for your personal stipend to complete the project(s). You will be paid $250 twice a month from May until September, for a total of $2000. In addition, we want to offer you $7,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone            or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!


vince

**EXHIBIT C**
MW_033628

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:43 PM MDT
**To:**
**Subject:** Meow Contract

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $3800 allocated for your stipend to complete the project(s). You will be paid $400 twice in May, and $500 twice a month from June until September, for a total of $3800. In addition, we want to offer you $10,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone               or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!

**EXHIBIT C**

MW_033717

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:08 PM MDT
**To:**
**Subject:** Meow Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $4000 allocated for your personal stipend to complete the project(s). You will be paid $500 twice a month in June and $750 twice a month from June until September, for a total of $4000. In addition, we want to offer you $15,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone            or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!


vince

**EXHIBIT C**
MW_033629

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:41 PM MDT
**To:**
**Subject:** Meow Contract

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $4600 allocated for your stipend to complete the project(s).  You will be paid $400 twice a month from April until June, and $500 twice a month from June until September, for a total of $4600.  In addition, we want to offer you $10,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                    or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

**EXHIBIT C**

MW_033718

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:06 PM MDT
**To:**
**Subject:** Meow Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $5000 allocated for your personal stipend to complete the project(s). You will be paid $500 twice a month from May until July, and $750 twice a month from July until September for a total of $5000. In addition, we want to offer you $15,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone          or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!


vince

**EXHIBIT C**

MW_033631

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 12:59 PM MDT
**To:**
**Subject:** Meow Terms

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We are allocating $25,000 of revenue share for your stipend.  We can go over that in depth when we meet next.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone            or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**
MW_033637

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:14 PM MDT
**To:**
**Subject:** Meow Terms

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $1200 allocated for your personal stipend to complete the project(s).  You will be paid $300 twice a month from July until September, for a total of $1200.  In addition, we want to offer you $4,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone          or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**
MW_033630

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Tuesday, March 31, 2015 2:44 PM MDT
**To:** 
**Subject:** Meow Contract

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $4000 allocated for your stipend to complete the project(s). You will be paid $500 twice a month from May until September, for a total of $4000. In addition, we want to offer you $12,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone          or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!

**EXHIBIT C**
MW_033719

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 12:55 PM MDT
**To:**
**Subject:** Meow Terms

Hello! Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $1500 allocated for your personal stipend to complete the project(s). You will be paid $250 twice a month from Jun until September, for a total of $1500. In addition, we want to offer you $5,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.


I hope this amount works for you. Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone                   or in person as well.


It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.


Thanks! Excited to work with you!


vince

**EXHIBIT C**

MW_033635

CONFIDENTIAL

**From:** Vince Kadlubek <vince@meowwolf.com>
**Sent:** Thursday, April 02, 2015 1:05 PM MDT
**To:**
**Subject:** Meow Terms

Hello!  Writing to you today to talk about the contractual terms for your involvement in the Meow Wolf project.

Your project(s) are to be completed by September 1st. We have $1500 allocated for your personal stipend to complete the project(s).  You will be paid $250 twice a month from May until September, for a total of $1500.  In addition, we want to offer you $10,000 of revenue share stipend, which we can go over in more depth when we meet.

We will also be purchasing all the materials agreed upon for your project.

I hope this amount works for you.  Please let me know if you have any questions or concerns before I send over the contract. I am available to speak over the phone              or in person as well.

It is important to note that you retain all intellectual property rights for your pieces and can sell reproductions, or images. Meow Wolf will own the actual pieces of work that you supply to the exhibit.

Thanks! Excited to work with you!

vince

**EXHIBIT C**
MW_033634