IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

v.                                      Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

## NOTICE OF AGREED EXTENSION OF EXHIBIT PAGE LIMIT

Pursuant to D.N.M.LR-Civ 10.5, the parties have agreed that the exhibit page limit for the

*Motion to Exclude the Expert Opinion Testimony of Marianne L. DeMario* is extended to 59 pages.

Dated: April 22, 2022.

                                                              Respectfully submitted,

                                                              BARDACKE ALLISON LLP

                                                              */s/ Michael Woods*
                                                              Benjamin Allison
                                                              Maureen Dolan
                                                              Rose Bryan
                                                              Cole Wilson
                                                              Michael Woods
                                                              P.O. Box 1808
                                                              141 East Palace Avenue
                                                              Santa Fe, New Mexico 87504-1808
                                                              (505) 995-8000
                                                              ben@bardackeallison.com
                                                              maureen@bardackeallison.com
                                                              rose@bardackeallison.com
                                                              cole@bardackeallison.com
                                                              michael@bardackeallison.com

                                                              *Attorneys for Defendants Meow Wolf, Inc.*
                                                              *and Vince Kadlubek*

Approved by:

ERICKSEN ARBUTHNOT

By:    */s/ Jesse Boyd  (approved telephonically on 4/22/2022)*
       JESSE A. BOYD
       2300 Clayton Road, Suite 350
       Concord, California 94520
       (510) 832-7770
       (510) 832-0102 facsimile
       jboyd@ericksenarbuthnot.com

*Attorney for Plaintiff Lauren Adele Oliver*

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing filing to be filed through the Court's CM/ECF system, which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

<u>/s/ Michael Woods</u>
Michael Woods
