**From:** Oliver/Quellette <quellette@gmail.com>
**Sent:** Friday, February 26, 2016 6:56 PM MST
**To:** Vincent Kadlubek <meta4vdk@gmail.com>
**CC:** Peter Chapman <peterachapman@gmail.com>; Vincent Kadlubek <vince@meowwolf.com>
**Subject:** Re: Ice Station / THAT

Thanks for getting back to me so quick. So many eyes and cameras are going to be on the space owl + I have an IP lawyer in the family, so we've been talking, which is why I'm even thinking in these terms.

Off the top of my noggin, here's the easy solution: Todos 7 could be a planet, right? And the Ice Station can be an ice station on that planet. I was going to put a South Pole expedition-style marker in the room (really small), that tells the basic story, with the words "Ice Station Quellette, year 2051" -- looks kind of like this:



On the two narratives, Mr. Rodgers and I discussed the idea that your character is obsessed with broken/parallel universes, and he's compiling information on the Ice Station. My story includes a mysterious "device" that helps my characters travel to the universe (where they call Earth Todos 7?). Maybe the device is the link? My characters escape to yet another universe when the station is destroyed -- using the device. Maybe multiple devices exist, some broken, some usable ... ? I do have a handsome little collection of space junk that could lend itself to creating this very device, which could be in the trailer. How does your guy interface/travel with the different universes?

Portals is one big universe-traverse travel agency, right? How does that fit into your house story?

With regard to THAT, the interview was written as an interview with the curator of the 2151 centennial exhibition telling the ISQ story, in a now-saved world -- maybe we could connect the worlds through the introduction.

Are there any other materials where there's a Todos 7/Ice Station conflict, printed or otherwise?

What are your thoughts?



The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged. If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this

**EXHIBIT G**

MW_001668

communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.

On Fri, Feb 26, 2016 at 6:24 PM, Vincent Kadlubek<meta4vdk@gmail.com> wrote:
> Is there a way we can tie these universes together?  Totally respect it Lauren, just want to show connection between ice station and Todos 7 somehow. Thanks!

On Feb 26, 2016, at 4:15 PM, Oliver/Quellette <quellette@gmail.com> wrote:

**Looping you in, Vince, but the work I'm doing for this is an Ice Station project, so I can't have the material be under a different name -- it's okay that it's Todos 7 for Portals, obviously, that's awesome, but I need to keep all my material under the Ice Station Quellette umbrella, particularly because it deals with a narrative and characters and titles, etc.**

LO|Q

The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged.  If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.

On Fri, Feb 26, 2016 at 4:07 PM, Peter Chapman<peterachapman@gmail.com> wrote:
> But I need changes ASAP

On Fri, Feb 26, 2016 at 4:07 PM, Peter Chapman<peterachapman@gmail.com> wrote:
> No

On Fri, Feb 26, 2016 at 3:45 PM, Oliver/Quellette<quellette@gmail.com> wrote:
> **Has this already gone to press?**
>
> LO|Q
>
> The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged. If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.

On Fri, Feb 26, 2016 at 3:27 PM, Peter Chapman<peterachapman@gmail.com> wrote:
> Sure here you go! I was asked by Vince to replace ICQ for "Todos 7" to be consistent with the exhibit.
>
> On Fri, Feb 26, 2016 at 8:05 AM, Oliver/Quellette<quellette@gmail.com> wrote:
>> **How did that work out? Do you have a revised layout to see? I'm so curious how you tweaked the text.**
>>
>> LO|Q
>>
>> The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged.  If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.
>>
>> On Fri, Feb 19, 2016 at 11:44 AM, Oliver/Quellette<quellette@gmail.com> wrote:

**EXHIBIT G**

MW_001669

How's this?

📎 **THAT.pdf**

LO|Q

The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged.  If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.

On Wed, Feb 17, 2016 at 11:06 PM, Peter Chapman<peterachapman@gmail.com> wrote:
> cool (oh wait, there's a pun). thank you ICQ

On Wed, Feb 17, 2016 at 9:47 PM, Oliver/Quellette<quellette@gmail.com> wrote:

**Oh no, I can extend the background -- somehow -- with the figures on the left -- I'll do it tomorrow. It's a compressed jpg! It's terrible!**

LO|Q

The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged.  If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.

On Wed, Feb 17, 2016 at 9:33 PM, Peter Chapman<peterachapman@gmail.com> wrote:
> Actually the resolution (300dpi at 21.5x14) looks fine to me.
> Initially, I was hoping for the background extended to the right (compared to the first image) with figures at left in the same composition. BUT if this is what you have, that's awesome. I can make it work.
> Thanks! Peter

On Wed, Feb 17, 2016 at 3:49 PM, Oliver/Quellette<quellette@gmail.com> wrote:

**Peter, here's a <span style="color:red">low-res</span> version at the size you need, but it's not great for layout purposes, right?**

LO|Q

The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged.  If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.

On Sun, Feb 14, 2016 at 2:57 PM, Peter Chapman<peterachapman@gmail.com> wrote:

> Will
>
> Sent from my iPhone
>
> On Feb 14, 2016, at 2:54 PM, Oliver/Quellette <quellette@gmail.com> wrote:
>
>> **Sure. Please remind me if you don't see it.**

**EXHIBIT G**

MW_001670

LO|Q

```
The information and possible profanity contained in this electronic mail message
(including any attachments) is confidential information that may be covered by the
Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for
the use of the individual or entity named above, (and, let's face it, the NSA) and may
be privileged.  If the reader of this message (that would be you, you dopey dog) is
not the intended recipient, you are hereby notified that any dissemination,
distribution, assignation, magnification or emasculation, or copying of this
communication, or the taking of any action based on it, is strictly prohibited.  If
you have received this communication in error, please immediately notify me and delete
the original message.  Thank you, and have a yippy-skippy day.
```

On Sun, Feb 14, 2016 at 10:04 AM, Peter Chapman <peterachapman@gmail.com> wrote:
> By Thursday work?
>
> On Sun, Feb 14, 2016 at 9:54 AM, Oliver/Quellette <quellette@gmail.com> wrote:
>> When do you need it?
>>
>> LO|Q
>>
>> ```
>> The information and possible profanity contained in this electronic mail message
>> (including any attachments) is confidential information that may be covered by
>> the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended
>> only for the use of the individual or entity named above, (and, let's face it,
>> the NSA) and may be privileged.  If the reader of this message (that would be
>> you, you dopey dog) is not the intended recipient, you are hereby notified that
>> any dissemination, distribution, assignation, magnification or emasculation, or
>> copying of this communication, or the taking of any action based on it, is
>> strictly prohibited.  If you have received this communication in error, please
>> immediately notify me and delete the original message.  Thank you, and have a
>> yippy-skippy day.
>> ```
>>
>> On Sun, Feb 14, 2016 at 9:44 AM, Peter Chapman <peterachapman@gmail.com> wrote:
>>> Thanks Lauren,
>>>
>>> The interview is awesome, we just need to alter who receives the transmission and how so that it fits better with the narrative and the magazine as a whole. It's a minor adjustment, not really impacting anything but the set up in paragraph one. I'll make the edits myself.
>>>
>>> That would be great if you could update the main image. By covering the spread, we can tie the two pages together better and provide something more interesting than a blank background to lay text over. All I need is the same composition of people and dog, etc. at left with the background extending at right so that it fills up the entire spread (300dpi at 21.5x14).
>>>
>>> If you have any questions, just let me know.
>>>
>>> Thanks! Peter
>>>
>>> On Sun, Feb 14, 2016 at 7:54 AM, Oliver/Quellette <quellette@gmail.com> wrote:
>>>> We wrote originally this as an interview with the curator of the centennial exhibit about the Ice Station, in the context of the world having overcome the climate change issue, as well as launching into the "New Science" -- which studies the strange-ness that we all seem to mutually embrace in our narratives and allows for inter-universe travelers such as the space owls — hence, the voice of exposition, for an art

**EXHIBIT G**

MW_001671

magazine. (Well, originally, we conceived this as a snippet caught on shortwave as they're evacuating the station as it's been bombed by oil company operatives!)

Regarding the image -- the whole thing was done in photoshop so I can pretty much produce to spec.

LO|Q

The information and possible profanity contained in this electronic mail message (including any attachments) is confidential information that may be covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, intended only for the use of the individual or entity named above, (and, let's face it, the NSA) and may be privileged.  If the reader of this message (that would be you, you dopey dog) is not the intended recipient, you are hereby notified that any dissemination, distribution, assignation, magnification or emasculation, or copying of this communication, or the taking of any action based on it, is strictly prohibited.  If you have received this communication in error, please immediately notify me and delete the original message.  Thank you, and have a yippy-skippy day.

On Sat, Feb 13, 2016 at 9:45 AM, Peter Chapman <peterachapman@gmail.com> wrote:

> Hi Chris and Lauren,
>
> I wanted to check in with you on the layout for your THAT piece as it stands. Attached is where I'm at – not entirely done but the direction I'm headed. A question for each of you:
>
> **Lauren...** The images you sent were perfect in terms of the dimensions I spec'd. Now I'm wishing that the image at left ran all the way across the spread. Without changing the composition on the left-hand page, is there enough of that background image to cover the right? The full spread, with bleeds is 21.5x14". No worries if you don't, but see what you think.
>
> **Chris...** Vince was concerned about the direct reference to Emerson Selig communing with Ice Station and conducting the interview. I hadn't realized this, but Ice Station is part of Portals ... discovered/manifested by Lucius. In this sense, bringing in Emerson doesn't quite fit. Also, there are a lot of direct references to the family in the magazine already... it's getting to be too much.
>
> Without changing the interview itself, can we can change the context of how the communication from ICQ was received – and who received it?
>
> What about if THAT Magazine has a regular column by a psychic art reviewer who interviews subjects from beyond (past, future, and otherwise)?
>
> In the newspaper horoscope, we mention Mendocino's "... resident Astrologer, Dorothea Sidon, who suffered a debilitating psychic trauma on the Headlands this week." She (or even that incident) could be tied in.
>
> Thanks both of you. Let me know what you think.
>
> Peter
>
> --

**EXHIBIT G**

MW_001672

Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

--
Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

--
Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

--
Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

--
Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

--
Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

--
Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

--
Peter Andrew Chapman
peterachapman@gmail.com
505-795-3748

**EXHIBIT G**

MW_001673