IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

      Plaintiff,

vs.                                                                                                  Civ. No. 20-237 KK/SCY

MEOW WOLF, INC., a Delaware
Corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

      Defendants.

## ORDER REGARDING SEALED DOCUMENTS

This matter comes before the Court regarding a number of documents filed under seal. Parties seeking to file a document under seal are required to seek leave of Court before doing so. *See* CM/ECF Adm. Proc. Manual para. 9(h)(1) & (2) (leave of Court required to file documents under seal except under Fed. R. Civ. P. 5.2(F), Fed. R. Crim. P. 49.1, or statute). Plaintiff filed under seal, without first seeking permission, Waiver of Services forms (Doc. 9, 10), Joint Status Report (Doc. 23), and Motion to Compel Production of Documents from Vince Kadlubek (Doc. 288).[1] Defendant Kadlubek filed under seal, without first seeking permission, his response to Plaintiff's Motion to Compel (Doc. 296).[2] It is not apparent from the face of some of these documents, such as the waiver of service forms and the Joint Status Report, that they should be sealed.

---

[1] In addition to filing her motion under seal, Plaintiff attached two exhibits, indicating they are "confidential and being lodged with the Court." Docs. 288-8, 288-9. The Court has received no such lodging.

[2] Defendant Kadlubek filed a redacted version of the response open to the public (Doc. 295), along with a sealed, unredacted version (Doc. 296).

The Court therefore orders the parties to review these documents and, in conformity with the local rules and within 10 days of this Order, file a motion and submit a proposed order (for any unopposed motions) regarding any filings the parties believe should be sealed. If neither party moves to seal a document, the Court will assume the parties did not intend to file that document under seal and will unseal it without further notice.

**IT IS SO ORDERED.**

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**