IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,

    Plaintiff,

v.                                                                Civ. No. 20-237 KK/SCY

MEOW WOLF, INC., *et al.,*

    Defendants.

## ORDER VACATING JURY TRIAL

THIS MATTER is before the Court *sua sponte* on a review of the record.

On January 14, 2022, the Court set a jury trial in this case for November 28, 2022 through December 16, 2022. (Doc. 284.) Trial preparation deadlines begin to expire as early as September 9, 2022, and a pre-trial conference is set for October 21, 2022. (Doc. 285 at 1.)

The parties have filed numerous motions since the Court scheduled trial. At present, and not counting duplicates filed under seal, there are 29 motions pending, including six motions for summary judgment and five evidentiary motions. Most recently, on August 11, 2022, Plaintiff filed a Motion for Leave to File Surreply for the Limited Purpose of Supplementing the Record on Pending Motions for Summary Judgment with Recently-Discovered Evidence. (Doc. 486.) In this motion, which is opposed and not yet fully briefed, Plaintiff seeks to supplement the record as to all but one of the pending summary judgment motions after receiving "many thousands of documents" pursuant to the Court's ruling on a motion to compel. (*Id.* at 3.) Moreover, Plaintiff indicates in the motion that "considerable [document] review remains to be done." (*Id.*)

Nor will the continuing document review be limited to Plaintiff. Rather, Plaintiff has until August 29, 2022, to comply with the Court's August 15, 2022 order requiring her to search for and produce an unknown but potentially extensive number of additional documents to Defendants.

(Doc. 488.) In short, in light of the parties' ongoing exchange and review of documents, the large number of pending motions, and pending and possible future requests to supplement the record, it is abundantly clear that this case will not be ready for trial by November 28, 2022.

   IT IS THEREFORE ORDERED that the jury trial previously set for November 28, 2022 through December 16, 2022, and all associated deadlines and hearings, are hereby VACATED, to be reset upon further Order of the Court.

   IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent