**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LAUREN ADELE OLIVER,
an individual,

    Plaintiff/Counterclaim-defendant,

vs.                                    Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants/Counterclaimants.

## NOTICE OF WITHDRAWAL OF MICHAEL WOODS AND MAUREEN DOLAN

NOTICE is hereby given that Michael Woods and Maureen Dolan are withdrawing as counsel of record on behalf of Defendants/Counterclaimants Meow Wolf, Inc. and Vince Kadlubek in the above-referenced matter.

Benjamin Allison, Rose Bryan, and Cole Wilson of Bardacke Allison LLP, along with any other counsel of record on behalf of the foregoing Defendants/Counterclaimants, remain as counsel for these Defendants/Counterclaimants in this matter.

|  |  |
|---|---|
| Dated: August 25, 2022. | Respectfully submitted: |

By:   */s/ Michael Woods*
     Benjamin Allison
     Maureen Dolan
     Rose Bryan
     Cole Wilson
     Michael Woods
     BARDACKE ALLISON LLP
     141 E. Palace Avenue, 2nd Floor
     Santa Fe, NM 87501
     505-995-8000
     ben@bardackeallison.com
     maureen@bardackeallison.com
     rose@bardackeallison.com
     cole@bardackeallison.com
     michael@bardackeallison.com
     *Attorneys for Defendants Meow*
     *Wolf, Inc. and Vince Kadlubek*

## **CERTIFICATE OF SERVICE**

I certify that on August 25, 2022, I caused a true and correct copy of the foregoing filing to be filed through the Court's CM/ECF system which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

*/s/ Michael Woods*
Michael Woods