IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAUREN ADELE OLIVER,
an individual,

    Plaintiff,

v.                                  Case No. 1:20-CV-00237-KK-SCY

MEOW WOLF, INC., a Delaware
corporation; VINCE KADLUBEK,
an individual and officer; and
DOES 1-50,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 this action is hereby dismissed with prejudice, each party to bear her/his/its own costs, upon the joint request of all parties to this action through their signatures below.

**IT IS SO ORDERED.**

Dated: April 24, 2024

_Kirtan Khalsa_
HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent

Respectfully submitted,

BARDACKE ALLISON MILLER LLP

By: */s/ Benjamin Allison*
Benjamin Allison
Billy Trabaudo
P.O. Box 1808
141 E. Palace Avenue
Santa Fe, NM  87504-1808
505-995-8000
ben@bardackeallison.com
billy@bardackeallison.com

*Counsel for defendants Meow Wolf, Inc. and Vince Kadlubek*

KOELLER NEBEKER CARLSON & HALUCK

By: */s/ Jesse Boyd  (approved via email)*
JESSE A. BOYD
1478 Stone Point Drive, Suite 435
Roseville, CA 95661
Phone 916-724-5700
Fax 916-788-2850
jesse.boyd@knchlaw.com

*Attorney for plaintiff Lauren Oliver*